UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____23-mj-02620-AOR_____

UNITED STATES OF AMERICA,

v.

GUSTAVO RAFAEL BRITO-FERNANDEZ,
YEINER HERRERA-BARROZ, and
SAUL BECERRA,

        **Defendants,**
_____/

FILED BY ___KAN___ D.C.
Mar 29, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:   /s/ *Jessica J. Ayer*
       JESSICA J. AYER
       Special Assistant United States Attorney
       Court ID No. A5502916
       99 N.E. 4th Street
       Miami, FL 33132
       Tel. No. (305) 510-8179
       Fax No. (305) 536-4676
       E-mail: Jessica.Ayer@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) |
| v. | ) |
|  | ) Case No. 23-mj-02620-AOR |
| GUSTAVO RAFAEL BRITO-FERNANDEZ, | ) |
| YEINER HERRERA-BARROZ, and | ) |
| SAUL BECERRA, | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __March 13, 2023__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
|  | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

Th complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Garrett B. Redfern, Special Agent DEA
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 3/29/23

_____
*Judge's signature*

City and state: Miami, Florida

Hon. Alicia M. Otazo Reyes, U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

I, Garrett B. Redfern, being duly sworn, hereby depose and state the following:

1. I am a Special Agent with the United States Drug Enforcement Administration (DEA) and have been so employed since 2021. As a DEA Special Agent, I am an investigative officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division, High Intensity Drug Trafficking Area ("HIDTA") in Miami, Florida. I have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against GUSTAVO RAFAEL BRITO-FERNANDEZ, YEINER HERRERA-BARROZ, and SAUL BECERRA, for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about March 13, 2023, a Maritime Patrol Aircraft ("MPA") detected a go-fast vessel (GFV) approximately 145 nautical miles North of La Guajira Peninsula, Colombia, in international waters. The GFV had three individuals on board, displayed no indicia of nationality,

was in a known narcotics trafficking area, and had multiple fuel drums and bales on board. The His Netherland Majesty's Ship (HNLMS) HOLLAND, with embarked United States Coast Guard (USCG) Law Enforcement Detachment Team (LEDET), which was in the area, was diverted to interdict and investigate. The USCG assumed tactical control of HNLMS HOLLAND and granted a Statement of No Objection for the USCG LEDET to conduct a Right of Visit boarding. The USCG LEDET launched a smaller boat with a USCG boarding team and a helicopter to approach the GFV.

4. When the USCG boarding team arrived alongside the GFV, the boarding team proceeded to ask who the master or person in charge of the vessel was. BRITO-FERNANDEZ identified himself as the master of the vessel. He made no claim of nationality for the vessel. Consequently, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

5. The three individuals on board identified themselves as GUSTAVO RAFAEL BRITO-FERNANDEZ, YEINER HERRERA-BARROZ, both Colombian nationals, and SAUL BECERRA, a Venezuelan national. The USCG boarding team recovered and seized a total of seventeen bales. The contents of the bales were field tested and tested positive for the presence of cocaine with an approximate weight of 493 kilograms of cocaine. All three individuals, along with the suspected cocaine, were transferred to the HNLMS HOLLAND.

SPACE INTENTIONALLY BLANK

6. Based on the foregoing facts, I submit that probable cause exists to believe that GUSTAVO RAFAEL BRITO-FERNANDEZ, YEINER HERRERA-BARROZ, and SAUL BECERRA, did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Garrett B. Redfern, Special Agent
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this 29th day of March 2023.

_____
HONORABLE ALICIA M. OTAZO REYES
UNITED STATES MAGISTRATE JUDGE

3